1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,       )
                                )       Case No. 6:22-PO-00063-HBK
11                              )
        vs.                     )
12                              )       ORDER APPOINTING COUNSEL
RYAN KEMPF,                      )
13                              )       Doc. No. 6
        Defendant.              )
14                              )
                                )
15      _____

16      Pending is the Office of the Federal Defender's Motion brought on behalf of Defendant

17 seeking appointment of counsel.  (Doc. No. 6).  The Court previously declined to appoint

18 Defendant counsel finding, in part, that the Financial Affidavit submitted by Defendant omitted

19 certain information.  (Doc. No. 5).  Defendant resubmits a completed financial affidavit.  (Doc.

20 No. 7).  Defendant has, under oath, sworn or affirmed as to his financial inability to employ

21 counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and

22 requests counsel be appointed to represent him.

23

24      Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18

25 U.S.C. § 3006A, IT IS HEREBY ORDERED that Griffin Estes of the Office of the Public

26 Defender be appointed to represent the above defendant in this case.  This appointment shall

27 remain in effect until further order of this Court.

28

-1-

1

2    Dated:    March 9, 2022

3                                    HELENA M. BARCH-KUCHTA
                                     UNITED STATES MAGISTRATE JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28